UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-2884-GW-ASx | Date | September 30, 2022 |
|---|---|---|---|
| Title | *Korttney Elliott v. Hollywoodcrenshaw Realty, LLC* | | |

Present: The Honorable   **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present     None Present

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The Court has received the parties' Notice of Settlement (ECF No. 17). Based thereon, the September 29, 2022 status conference date is taken off-calendar, and an Order to Show Cause is set for October 31, 2022 at 8:30 a.m.  The parties shall file a joint status report (or - better still - a dismissal) by October 27.

:

Initials of Preparer     JG